UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DIANA L. TAYLOR                                             CIVIL ACTION

VERSUS

OLD REPUBLIC INSURANCE                          NO. 21-00369-BAJ-EWD
COMPANY, ET AL.

### RULING AND ORDER

This is an auto-accident case. Plaintiff filed her original Petition For Damages on May 21, 2021, in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana. (Doc. 1-2). On June 25, 2021, Defendants removed Plaintiff's action to this District, invoking the Court's diversity jurisdiction. (Doc. 1)

On August 3, 2021, the Magistrate Judge ordered Defendants to file an amended notice of removal properly setting forth the basis of the Court's jurisdiction, to include the citizenship of all parties involved in this dispute, and supporting evidence establishing that the amount in controversy requirement is met. (Doc. 6). On August 10, 2021, Defendants filed their Amended Notice Of Removal (Doc. 7), as well as their Supplemental Briefing On Amount In Controversy (Doc. 8).

Presently before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 12)**, recommending that this action be remanded to state court due to Defendants' failure to prove by a preponderance of the evidence that the amount in controversy likely exceeds $75,000, exclusive of interest and costs. There are no objections to the Magistrate Judge's recommendation.

19th JDC Certified

Having carefully considered Defendants' removal papers, Defendants' Supplemental Briefing, and related filings, and in the absence of any objection from Defendants, the Court **APPROVES** the Magistrate Judge's Report and Recommendation (Doc. 8), and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **REMANDED** immediately to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this 27th day of January, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**